1  William L. Buus (SBN 180059)
   SCHIFFER & BUUS APC
2  4675 MacArthur Court, Suite 590
   Newport Beach, California 92660
3  Telephone:  (949)825-6140
   Facsimile:  (949)825-6141
4  Email:      wbuus@schifferbuus.com

5  Attorneys for Defendant SPIRAL GROUP,
   dba VELOX AUTOMOTIVE GROUP

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| WHEEL CONSULTANTS, INC., | Case No.: CV12-4367 R (JCx) |
|---|---|
| Plaintiff, | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. | FRCP Rule 41(a)(1) |
| SPIRAL GROUP, a California corporation, d/b/a VELOX AUTOMOTIVE GROUP, | |
| Defendant. | |

The Court has received and considered the parties' stipulation for dismissal with prejudice under Federal Rules of Civil Procedure, Rule 41(a)(1) and, based upon that stipulation,

IT IS ORDERED that Plaintiff's action is hereby dismissed with prejudice in its entirety, and that the parties to this action shall bear their own attorney's fees and costs incurred in this action.

DATED:  June 22, 2012

_____
Hon. Manuel L. Real
United States District Court Judge

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2012, I electronically filed the foregoing [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

DOUGLAS A. FRYMER
1822-A E. Route 66, No. 277
Glendora, CA 91740
Telephone: (626)387-9707
Email: ipsedixit@roadrunner.com

/s/ *William L. Buus*            .
William L. Buus
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, CA 92660